■ Lewis S. Sandler, Respondent, v Beigel Schy Lasky Cohen Rifkind & Hennessey et al., Defendants, and Leigh Lasky et al., Appellants. [698 NYS2d 464] —Order, Supreme Court, New York County (Herman Cahn, J.), entered August 13, 1998, unanimously affirmed for the reasons stated by Cahn, J., without costs or disbursements. No opinion. Concur—Williams, J. P., Mazzarelli, Rubin, Saxe and Buckley, JJ.